**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

IVANNA DEL CARMEN JIMENEZ RUIZ

        Plaintiff,

v.

NICHOLAS COLUCCI**,** as Chief of the
Immigrant Investor Program Office, U.S.
Citizenship and Immigration Services, in his
official capacity;

L. FRANCIS CISSNA**,** Director, U.S.
Citizenship and Immigration Services, in his
official capacity,

KIRSTJEN M. NIELSON, Secretary, U.S.
Department of Homeland Security, in her official
capacity,

**UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES**

        Defendants.

Case  No.

## COMPLAINT FOR DECLARATORY AND MANDAMUS RELIEF

Plaintiff, IVANNA DEL CARMEN JIMINEZ RUIZ, (the "**Plaintiff**" or "**Ms. Jimenez**"),

through undersigned counsel, sue  Defendants, NICHOLAS COLUCCI, Chief of the Immigrant

Investor Program Office,  L. FRANCIS CISSNA, Director  of U.S. Citizenship and Immigration

Services, KIRSTJEN M. NIELSON, Secretary of U.S. Department of Homeland Security (the

"**Defendants**"), and in support alleges as follows:

## PRELIMINARY STATEMENT

Plaintiff, a foreign investor of $500,000.00 in a new commercial enterprise pursuant to

the EB-5 Program known as the EDG Hospitality Miami Airport LLC brings this action to

remedy the unlawful, unreasonable, arbitrary and capricious delay by the U.S. Citizenship and Immigration Services ("**USCIS**" or the "**Agency**") in adjudicating the Form I-526, "Immigrant Petition by Alien Entrepreneur" ("**Form I-526 Petition**"), filed by the Plaintiff over two years ago. A copy of the Plaintiff's Form I-526 USCIS Receipt Notice is attached hereto as **Exhibit "A."**

The Plaintiff's Form I-526 Petition meets all the requirements for adjudication.  The agency's continuing and inexcusable delay in acting on the Plaintiff's Form I-526 Petition is contrary to the Administrative Procedure Act ("**APA**"), 5 U.S.C. §§ 555(b), 706(1), 706(2)(A), (C), (D), and warrants an exercise of this Court's mandamus power under the Mandamus and Venue Act ("**Mandamus Act**"), 28 U.S.C. § 1331 and 1361.

The continued delay in adjudicating the Form I-526 Petitions is causing the Plaintiff significant harm to her economic, social and mental welfare and that of her family. Accordingly, Plaintiff, by and through undersigned counsel, respectfully request this Court to issue an order directing Defendants to adjudicate the pending Form I-526 Petition within fifteen (15) days, or within a time frame this Court deems appropriate under the circumstances, pursuant to the APA and the Mandamus Act.

## PARTIES, JURISDICTION AND VENUE

1.      Plaintiff, IVANNA DEL CARMEN JIMINEZ RUIZ ("**Ms. Jimenez**" or "**Plaintiff**") is a citizen of Venezuela.

2.      Defendant NICHOLAS COLUCCI is the Chief of the Immigrant Investor Program Office ("**IPO**"), U.S. Citizenship and Immigration Services, and is sued in his official capacity.

3.      Defendant, L. FRANCIS CISSNA is the Director of U.S. Citizenship and Immigration Services, and is sued in his official capacity.  USCIS is located in Washington, D.C.

As Director of USCIS, the Defendant oversees all of the agency's operating divisions, including the IPO. See 8 U.S.C. § 1103; 6 U.S.C. § 271(b).

4.       Defendant, KIRSTJEN M. NIELSON, is the Secretary of U.S. Department of Homeland Security, and is sued in her official capacity. The Department of Homeland Security is located in Washington, D.C, and has oversight of USCIS.  *See* 8 U.S.C. § 1103.

5.       This Court has subject matter jurisdiction over this action under 28 U.S.C. § 1331 because the Plaintiff's claim arises under the laws of the United States, specifically the Immigration and Naturalization Act, 8 U.S.C. § 1101, et seq. ("**INA**") and its implementing regulations.

6.       Further, this Court has subject-matter jurisdiction over this action and may grant relief pursuant to the Administrative Procedure Act, 5 U.S.C. § 555(b) and § 701 et seq., the Mandamus Act, 28 U.S.C. § 1361.

7.       Venue is proper in the Southern District of Florida under 28 U.S.C. § 1391(e) because this is an action against officers and agencies of the United States in their official capacities, brought in the district where a substantial part of the events giving rise to the Plaintiff's claim occurred.

## LEGAL AND FACTUAL BACKGROUND

### I.   The EB-5 Program

8.       Congress created the EB-5 Program in 1990 to stimulate the U.S. economy through job creation and capital investment by foreign investors like the Plaintiff.  Under the program, a foreign citizen may obtain permanent resident status upon the investment of at least $500,000 and the creation of at least ten full-time jobs as part of a new business venture. See 8 U.S.C. § 1153(b)(5); 8 C.F.R. § 204.6(f)(2).

9.      As part of the EB-5 Program, Congress also created (and has regularly renewed) the Immigrant Investor Pilot Program, now called the Immigrant Investor Program.  This subset of the EB-5 program permits a putative EB-5 investor to invest the requisite capital through a USCIS-approved "regional center."  A regional center is an entity for promoting economic growth and job creation in a particular geographic region of the United States, and each center may contain one or more new commercial enterprises under its umbrella. 8 C.F.R. §204.6(e)(m)(3).

10.     To apply for an EB-5 visa, a foreign entrepreneur must submit a Form I-526 Petition and supporting documentation demonstrating that the required capital has been committed and is actually at risk; that the investment is made from the entrepreneur's own lawfully acquired funds; and the existence of a comprehensive business plan demonstrating that ten full-time jobs will be created by the investment. 8 C.F.R. § 204.6(j). For an investment through an approved regional center, the petition must be accompanied by evidence that the requisite investment will create ten full-time positions either directly or indirectly for no fewer than 10 individuals.  *Id.*  § 204.6(j)(4)(iii).

**II.  The Plaintiff's Form I-526 Petition under the EB-5 Program**

11.     On August 11, 2016, MS. Jimenez submitted Form I-526 Petition along with comprehensive supporting evidence demonstrating that the required capital was committed and was actually at risk; and further establishing the lawful source of the invested funds; and that, through the regional center, there existed a comprehensive business plan showing that at least ten full-time jobs would be created by each investor's investment.

12.     USCIS acknowledged receipt of the I-526 petition issuing receipt number WAC1690582758 to Ms. Jimenez Ruiz on August 15, 2016.

13.     In conjunction with the Form I-526 Petition, the Ms. Jimenez invested $500,000 in a new commercial enterprise, EDG Hospitality Miami Airport LLC, (the "**Project**" or "**EDG Hospitality**"), a Florida Limited Liability Company formed in June of 2015.  EDG  Hospitality was formed to develop, own and operate a 189-room, select service hotel located at 3499 NW 25th Street in Miami, Florida, which is near the Miami International Airport and the Miami Intermodal Center. The hotel will be flagged under the "Even Hotel" Brand of the InterContinental Hotels Group.  The approved regional center for the Project is Florida EB5 Investments, LLC.

14.     The business operations of EDG Hospitality will be administered by its manager, Epelboim Development Group LLC, a Florida limited liability company formed in May 2015. Epelboim Development Group LLC will also serve as the Developer of the Hotel. The Project is located in a Targeted Employment Area ("**TEA**"), which pursuant to 8 C.F.R. §204.6(f)(2) allows the qualifying investment to be adjusted to $500,000.00.

15.     Well-known economic consultants, Wright Johnson, LLC, analyzed the economic and employment benefits of the Project utilizing the RIMS II model, an economic model accepted–by USCIS, which demonstrates in verifiable detail that the Project will lead to the creation of 290.8 new permanent jobs created.  This figure easily satisfies the EB-5 Program's job creation requirement on a per-investor basis.

16.     Pursuant to the INA, Congress intends for all immigration applications and petitions to be processed within 6 months. "[I]t is the sense of Congress that the processing of an immigration benefit application should be completed not later than 180 days after the initial filing of the application, except that a petition for a nonimmigrant visa under section 1184(c) of

this title should be processed not later than 30 days after the filing of the petition." 8 U.S.C. §1571(b).

17.     According to the Notice of Proposed Rule Making (NPRM) published by USCIS in conjunction with its fee increase, USCIS data shows that it only takes 6.5 person hours to completely process an I-526 petition.

### III. USCIS Has Unreasonably Delayed Acting on Plaintiff's Form I-526 Petition

18.     Despite Ms. Jimenez having submitted a completed comprehensive Form I-526 Petition in August of 2016, *over two years ago*, USCIS has unreasonably delayed adjudicating the Petition.

19.     Immigration counsel for Ms. Jimenez inquired with the USCIS Immigrant Investor Program Office ("**IPO**") as to the status of the pending I-526 Petition on August 27, 2018. Immigration Counsel received a response from the IPO on September 11, 2018 stating that "While our processing times currently are beyond what we would like, USCIS has taken steps to increase capacity and is striving to ensure our commitment to our customers is being met." A copy of the IPO inquiry and response thereto is attached as **Exhibit "B"**.

20.      On November 16, 2018, Immigration counsel for Ms. Jimenez also inquired with the Office of the Citizenship and Immigration Services Ombudsman ("**Ombudsman**") as to the status of the pending I-526 Petition. To date, however, there has been no response from the Ombudsman. A copy of the inquiry is attached as **Exhibit "C"**.

21.     Despite requests for a specific and reasonable timeline for adjudication of the I-526 Petition, USCIS has refused and failed to provide any additional information or process the I-526 Petition.

22.     Further, USCIS has: (1) not requested further information or evidence for the I-526 Petition; (2) never explained the reason for the lengthy and continuing delay as to the I-526

Petition; (3) not provided any indication of when the review might be completed, despite repeated requests.

23.     The Form I-526 Petition has been outstanding for over (31) thirty-one months, a period outside the USCIS published processing time. A copy of the USCIS website page containing the processing times for the Immigrant Investor Program Office as of 03/19/2019 is attached as **Exhibit "D."**

24.     Despite requests, USCIS has not explained the reason for its unreasonable delay or refusal to adjudicate the Form I-526 Petition beyond the Agency's published processing time.

**IV. The Plaintiff Will Suffer Significant Harm if Relief is Not Granted**

25.     As a result of the Agency's unreasonable, protracted and unconscionable delay in the adjudication of the Form I-526 Petition, Ms. Jimenez has suffered and will continue to suffer harm.  The Defendants' delay has deprived the Plaintiff of the myriad privileges that accompany conditional permanent resident status in the U.S., including the ability to become a permanent resident, travel freely and live and work in the United States.

26.     The Defendants' delay in the EB-5 visa process has caused Ms. Jimenez to forego employment opportunities and prevented her from building a career in the United States. While her EB-5 visa petition remains in limbo, she has suffered anxiety stemming from the unreasonable delay in the process and the uncertainty surrounding her future.

27.     If USCIS continues this unreasonable delay by failing to adjudicate the I-526 Petitions, the Plaintiff will continue to suffer significant hardship.

28.      Ms. Jimenez has no other adequate remedy available to her other than filing the instant action.

29.     Ms. Jimenez has retained the undersigned as counsel in this matter and agreed to pay a reasonable fee for their services.

30.     All conditions precedent to bringing this action, if any, have occurred or have been performed, waived or excused.

## COUNT I
## ADMINISTRATIVE PROCEDURE ACT
## (5 U.S.C. § 555 and 5 U.S.C. § 701 et seq.)
### (Against All Defendants)

31.     Plaintiff realleges all the allegations contained in paragraphs 1 through 30 above as though fully set forth herein.

32.     Defendants are charged with the mandatory responsibility of administering and implementing the Immigration and Nationality Act.

33.     Defendants have a mandatory duty to adjudicate Plaintiff's Form I-526 Petition within a "reasonable time".

34.     Defendants have violated the Administrative Procedures Act by failing to timely adjudicate the Form I-526 Petition and this constitutes agency action that is arbitrary and capricious and not in accordance with law.

35.     Section 555 of the APA commands administrative agencies to conclude matters presented to the agency for decision "within a reasonable time."  *See* 5 U.S.C. § 555(b) ("With due regard for the convenience and necessity of the parties… and *within a reasonable time*, each agency *shall* proceed to conclude a matter presented to it.") (emphasis added).

36.     The APA explicitly provides a right of judicial review to a person "adversely affected or aggrieved" by an agency's "fail[ure] to act" or other such agency action. 5 U.S.C. § 702.

37.     When, as here, a proper showing is made, "[t]he reviewing court shall . . . compel agency action[1] unlawfully withheld or unreasonably delayed." *See* 5 U.S.C. § 706(1).  The court must also "hold unlawful and set aside agency action" that is: "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law"; "in excess of statutory jurisdiction, authority, or limitations, or short of statutory right"; or "without observance of procedure required by law." *Id.* § 706(2)(A), (C), (D).

38.     Defendants had a clear, mandatory duty to adjudicate I-526 Petitions like the Plaintiff's and issue visas when the requirements have been satisfied.   *See* 8 U.S.C. § 1153(b)(5)(A); 8 U.S.C. § 1154(b); 8 C.F.R. § 204.6(k).

39.     The Plaintiff has complied with all the requirements for adjudication of the Form I-526 Petition dated September 2, 2016. *See* 8 C.F.R. § 204.6.

40.     Since that time, Defendants have unreasonably withheld, and unlawfully and unreasonably delayed, acting on the Plaintiff's Form I-526 Petition in violation of the INA and APA.

41.     Defendants have failed to discharge their mandated official duties by abusing their discretion and acting in an arbitrary and capricious manner in failing to adjudicate the Form I-526 Petition contrary to Congress's explicit mandate to the agency set forth in the INA and APA.

42.     As a result of Defendants' failure to adjudicate the Form I-526 Petition, Plaintiff has suffered and continues to suffer irreparable harm and damages entitling her to declaratory, injunctive and other relief.

43.     The Plaintiff has no other adequate legal remedy available to her.

---

[1] "agency action" includes "the whole or a part of an agency rule, order, license, sanction, relief, or the equivalent or denial thereof, or failure to act." 5 U.S.C. § 551(13) (emphasis added).

## COUNT II
## MANDAMUS ACT
## <u>(28 U.S.C. § 1361)</u>
**(Against All Defendants)**

44.     The allegations contained in paragraphs 1 through 30 above are incorporated as though fully set forth herein.

45.     Plaintiff seeks a writ of mandamus to compel Defendants officer(s) and/or employee(s) of the United States "to perform a duty owed to the plaintiff." *See* 28 U.S.C. § 1361

46.     Defendants have failed to discharge their mandated duties by unlawfully and unreasonably delaying the adjudication of Plaintiff's Form I-526 Petition despite the Petition being in a condition supporting immediate adjudication and approval.

47.     As a result of Defendants' failure to adjudicate the Form I-526 Petition, Plaintiff has suffered and continues to suffer irreparable harm and damages entitling her to declaratory, injunctive and other relief.

48.     Plaintiff has exhausted all possible administrative remedies and there exists no other adequate remedy.

## COUNT III
**Award of Attorneys' Fees and Costs Pursuant to the Equal Access to Justice Act**
**<u>(28 S.C. § 24125 U.S.C. §504)</u>**

49.     Plaintiff realleges all the allegations contained in paragraphs 1-48 above as though fully set forth herein.

50.     Plaintiff is entitled to attorneys' fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, et. Seq. and 5 U.S.C. §504.

## RELIEF REQUESTED

**WHEREFORE**, the Plaintiff, IVANNA DEL CARMEN JIMENEZ RUIZ, prays that this Court:

1. Compel Defendants to perform their duty to adjudicate Plaintiff's Form I-526 Petition within fifteen (15) days or within a time frame this Court deems appropriate under the circumstances;

2. Enter a judgment declaring Defendants' unreasonable delay and failure to adjudicate Plaintiff's Form I-526 Petitions to be in direct violation of the APA and INA;

3. Grant attorney's fees and costs to Plaintiff pursuant to the Equal Access to Justice Act; and

4. Grant such other and further relief as this Court deems just and proper.

Dated: March 20, 2019.

**SAUL EWING ARNSTEIN & LEHR LLP**
Counsel for Plaintiff
200 S. Biscayne Blvd., Suite 3600
Miami, Florida 33131
Telephone:     305-374-3330
Facsimile:     305-374-4744
E-Mail: carmen.contreras-martinez@saul.com
E-Mail: aida.mclaughlin@saul.com

By: _____/s/ Carmen Contreras-Martinez_____
        Carmen Contreras-Martinez
        Florida Bar No. 093485

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | August 15, 2016 |

| CASE TYPE | USCIS ALIEN NUMBER |
|---|---|
| I-526, Immigrant Petition by Alien Entrepreneur | |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| WAC1690582758 | August 11, 2016 | 1 of 1 |

| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
|---|---|---|
| August 11, 2016 | 203 B5 I-526 | October 22, 1991 |

**PAYMENT INFORMATION:**

IVANNA DEL CARMEN JIMENEZ RUIZ
C/O LARRY J. BEHAR BEHAR LAW GROUP   5   00000820
888 SE THIRD AVENUE STE 400
FORT LAUDERDALE, FL 33316

| | |
|---|---|
| Application/Petition Fee: | $1,500.00 |
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $1,500.00 |
| Total Balance Due: | $0.00 |

NAME AND MAILING ADDRESS

The above case has been received by our office and is in process.

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

| **USCIS Office Address:** | **USCIS Customer Service Number:** | |
|---|---|---|
| USCIS | (800)375-5283 | |
| California Service Center | ATTORNEY COPY |  |
| P.O. Box 30111 | | |
| Laguna Niguel, CA  92607-0111 | | |





If this is an interview or biometrics appointment notice, please see the back of this notice for important information.       Form I-797C  07/11/14  Y

**From:** USCIS <USCIS-CaseStatus@dhs.gov>
**Date:** September 11, 2018 at 9:09:23 AM EDT
**To:** <ivannajimenez22@gmail.com>
**Subject: Your recent inquiry (receipt #WAC-16-905-82758)**

U.S. Department of Homeland Security
20 Massachusetts Ave
Washington,DC 20529

U.S. Citizenship and Immigration Services
Tuesday, September 11, 2018

Emailed to ivannajimenez22@gmail.com

Dear Ivanna Jimenez Ruiz:

On 08/27/2018, you or the designated representative shown below, contacted us about your case.  Some of the key information given to us at that time was the following:

Person who contacted us:
-- Behar, Larry J

Caller indicated they are:
-- Attorney or Authorized Representative

Attorney Name:
-- BEHAR, LARRY J

Case type:
-- I526

Filing date:
-- 08/11/2016

Receipt #:
-- WAC-16-905-82758

Referral ID:
SR12391800638IPO
Beneficiary (if you filed for someone else):
-- Information not available

Your USCIS Account Number (A-number):
-- Information not available

Type of service requested:
-- Outside Normal Processing Times

The status of this service request is:



3/12/20

Your petition is currently pending with the Immigrant Investor Program Office.

While our processing times currently are beyond what we would like, USCIS has taken steps to increase capacity and is striving to ensure our commitment to our customers is being met.

We hope this information is helpful to you.

3

11/16/2018                     Case Assistance Submission Worksheet (CIS Ombudsman Form DHS-7001) - Confirmation

 **Homeland Security**

🖶 Print Confirmation Page

OMB 1601-0004;  Exp. 11/30/2018

Citizenship and Immigration Services Ombudsman

Case Assistance (DHS-7001)

# Confirmation

| | |
|---|---|
| **Case Number:** | 201810693 |
| **Date:** | 11/16/2018 |

### Ombudsman's Office Contact Information

Citizenship and Immigration Services Ombudsman
U.S. Department of Homeland Security
Attention: Case Assistance
Mail Stop 0180
Washington, DC 20528-0180
Fax Number: 202-357-0042

**If you do not receive a confirmation email in connection with your request to the Ombudsman's Office, please contact our office by email at cisombudsman@hq.dhs.gov or by calling us at 1-855-882-8100 (toll-free) or 202-357-8100 (local).**

### Personal Identification Information:

Mrs. Ivanna Del Carmen Jimenez Ruiz
1080 Brickell Avenue
2101
Miami, FL 33131 US
Email Address: ivannajimenez22@gmail.com

**EXHIBIT**

**Comp. C**

**Attorney/Accredited Representative Information:**

Larry Behar

888 SE Third Avenue

Suite 400

Fort Lauderdale, FL 33316 US

Email Address: larry@eb-5lawyers.com

Phone Number: 9545248888 Fax Number: 9545240088

Your data has been submitted.

Back to **Form DHS-7001**                              Go to **www.dhs.gov/cisombudsman**

(form7001.aspx)                                   (http://www.dhs.gov/cisombudsman)

Your submission will be reviewed to determine how our office may assist. If we are able to help, you will receive correspondence from our office within 90 to 120 <u>business</u> days. While we normally try to assist with requests within 45 business days, we are currently experiencing a backlog of requests for assistance. We appreciate your patience. If our office is unable to assist, we will notify you promptly.

**\*\*\*CHANGE OF ADDRESS\*\*\*** Please note that if the petitioner or applicant changes mailing address, the individual will need to notify USCIS. The individual will need to complete both the Form AR-11 and contact USCIS to update the mailing address for each pending application or petition. USCIS offers an Online Change of Address system that allows the individual to complete both steps electronically: https://egov.uscis.gov/coa/displayCOAForm.do. For more information, please see USCIS' website on Online Change of Address Information, which can be found at https://www.uscis.gov/addresschange. You will need the receipt numbers for all pending applications or petitions.

You may contact us at 1-855-882-8100 (toll-free), (202) 357-8100 (local) or cisombudsman@hq.dhs.gov. Please reference your unique request number 201810693 if you have any questions or need further assistance.

Sincerely,

Office of the Citizenship and Immigration Services Ombudsman
U.S. Department of Homeland Security
Washington, DC 20528-0180
Toll-Free: 1-855-882-8100
Phone: 202-357-8100
Email: cisombudsman@hq.dhs.gov
Web: www.dhs.gov/cisombudsman

| Citizenship and Immigration Services Ombudsman – Case Assistance (DHS-7001) | |
|---|---|
| **Ombudsman Request Number:** | 201810693 |
| **Applicant/Beneficiary/Petitioner** | |
| **Name:** | Ivanna Jimenez Ruiz |
| **Contact Information:** | 1080 Brickell Avenue<br><br>Miami Florida  33131<br><br>United States<br>Primary E-mail Address (to receive Ombudsman updates):<br>ivannajimenez22@gmail.com<br>Phone:<br>Fax: |

Please Send any future correspondences through the U.S. Postal Service.

| | |
|---|---|
| **Date of Birth:** | 10/22/1991 8:00 PM |
| **Country of Birth:** | Venezuela |
| **Alien Registration Number:** | A |

| Application/Petition Information | |
|---|---|
| **Application/Petition Information:** | USCIS Receipt Date: |
| | USCIS Form: |
| | Receipt Number: |
| **Type of Immigration Benefit Sought:** | Nonimmigrant Status (ex. Student): No |
| | Immigrant Status (ex. Permanent Residency): Yes |
| | Citizenship or Naturalization: No |
| | Asylum or Refugee Status: No |
| | Interim Benefits (ex. Employment Authorization): No |
| | Waiver (ex. Waiver of Grounds of Inadmissibility): No |
| | Other (specify): |

| Case Description | |
|---|---|
| **Reason for Case Assistance Request:** | I am facing or am about to face an immediate adverse action or impact, an emergency or any other type of significant hardship, caused by an action/inaction/delay in processing by USCIS, or a problem that could not be resolved through the normal processes provided for by the USCIS. Yes |
| | I am facing a problem not resolved by normal USCIS Processes: (Fill this later when fields are updated from DTaaS). |
| | I am experiencing processing delays with a case that are beyond anticipated processing times. No |
| | I am incurring or am about to incur significant and unusual costs (including fees for professional representation that are not normally incurred). Yes |
| | I have received action or decision that involves clear errors of fact or misapplication of law by USCIS. (Add after new fields updated). |
| | Other (specify): No |

| Description: | we have exhausted all other avenues such as contacting the IPO, local Infopass, letters to USCIS, etc, all to no avail aside from sporadic disconnected information |
|---|---|

| **Prior Actions Taken to Remedy the Problem** | |
|---|---|
| **Prior Actions Taken to Remedy the Problem:** | Visited USCIS My Case Status at www.uscis.gov. Yes<br><br>Contacted the National Customer Service Center (NCSC) for information and/or assistance regarding this case at their toll-free number 1-800-375-5283. No<br><br>Attended an InfoPass Appointment with USCIS. No<br><br>Sent email to USCIS   Yes<br><br>11/16/2018 7:00 PM<br><br>USCIS.ImmigrantInvestorProgram@uscis.dhs.gov<br><br>Contacted a U.S. Government Agency. No<br><br>Contacted a Congressional Representative.   No<br><br>Please Describe: submitted case inquiries via USCIS webstie |

| **Person Preparing this Form** | |
|---|---|
| **Person Preparing This Form:** | An attorney/accredited representative |

| **Attorney/Accredited Representative** | |
|---|---|
| **Attorney/Representative Information:** | Larry J. Behar<br>Phone: 9545248888<br><br>I have submitted a Form G-28 to USCIS as the attorney/accredited representative regarding applications or petitions related to this inquiry. A copy of my Form G-28 is attached. Yes<br><br>I am an accredited representative of a religious, charitable, social service or similar organization established in the United States and recognized by the Board of |

Immigration Appeals pursuant to 8 CFR 292.1.  The name and address of my organization is provided above. No

I am an attorney and a member in good standing of the bar of the highest court of the following State, territory, insular possession, or District of Columbia and am not under a court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law. [y/n value from field] [text entry from field(s) added to OCA for state/court] No

Other: No

| Supporting Documentation |
| --- |

| | |
| --- | --- |
| **Supporting Documentation:** | Attachments will be faxed. No <br> Attachments will be emailed. No <br> Attachments will be mailed. No <br><br> **Do not mail original documents. Only mail copies of documents.** |

| Verification |
| --- |

| | |
| --- | --- |
| **Signature:** | Ivanna Jimenez <br> Larry J Behar |

# Check Case Processing Times

Select your form number and the office that is processing your case

*For more information about case processing times and reading your receipt notice,* <u>click here</u> <u>(./more-info)</u>.

**Form**

| I-526 | Immigrant Petition by Alien Entrepreneur ⌄ |

**Field Office or Service Center**

| Immigrant Investor Program Office ⌄ |

**Get processing time**

## Processing time for Immigrant Petition by Alien Entrepreneur (I-526) at Immigrant Investor Program Office



| Estimated time range |
|:---:|
| See table below |

<u>Check your case status (https://egov.uscis.gov/casestatus/landing.do)</u>

## ⓘ How we process cases

This time range is how long it is taking USCIS to process your case from the date we received it. We generally process cases in the order we receive them, and we will update this page each month. The estimated time range displayed is based on data captured approximately two months prior to updating the page. Please note that times may change without prior notice.



EXHIBIT

D

We have posted a "Receipt date for a case inquiry" in the table below to show when you can inquire about your case. If your receipt date (./more-info) is before the "Receipt date for a case inquiry", you can submit an "outside normal processing time" service request online (https://egov.uscis.gov/e-request).

| Estimated time range | Form type | Receipt date for a case inquiry |
|---|---|---|
| 20.5 Months to 27 Months | For use by an entrepreneur who wishes to immigrate to the United States | January 05, 2017 |

## Other case processing times resources

When to expect to receive your Green Card (./expect-green-card)

Processing information for the I-765 (./i765)

Affirmative Asylum Interview Scheduling (http://www.uscis.gov/humanitarian/refugees-asylum/asylum/affirmative-asylum-scheduling-bulletin)

Administrative Appeals Office (https://www.uscis.gov/about-us/directorates-and-program-offices/administrative-appeals-office-aao/aao-processing-times)

International Offices (./international-operations-office)

Historical Average Processing Times (./historic-pt)

## Case management tools

Inquire about a case outside normal processing time (https://egov.uscis.gov/e-request/displayONPTForm.do?entryPoint=init&sroPageType=onpt)

Check your case status (https://egov.uscis.gov/casestatus/landing.do)

Update your mailing address (https://egov.uscis.gov/coa/)

Ask about missing mail (https://egov.uscis.gov/e-Request/Intro.do)

Correct a typographical error (https://egov.uscis.gov/e-request/displayTypoForm.do?entryPoint=init&sroPageType=typoError)

Request appointment accommodations
(https://egov.uscis.gov/e-request/displayAccomForm.do?
entryPoint=init&sroPageType=accommodations)